UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAVIER TUCTO,

                Plaintiff(s)

                23 civ 1735 (JGK)

    -against-

UNITED STATES OF AMERICA.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The parties shall submit a Rule 26(f) report by **August 15, 2023.**

The conference scheduled for July 25, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 18, 2023