```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAVIER TUCTO,                                  23-cv-1735 (JGK)

              Plaintiff,           ORDER

    - against -

UNITED STATES OF AMERICA, ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **January 2, 2024**.

SO ORDERED.

Dated:    New York, New York
           December 18, 2023

                                      John G. Koeltl
                                United States District Judge