```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
````

JAVIER TUCTO,

              Plaintiff,

- against -

UNITED STATES OF AMERICA, ET AL.,

              Defendants.

23-cv-1735 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties should provide a status update by **January 31, 2024.**

**SO ORDERED.**

**Dated:**	**New York, New York**
	**January 3, 2024**

                                              /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                        **United States District Judge**